Becker v. State



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




IN RE


MARILYN J. MCDOWELL


RELATOR
 §


 


§


 


§


 


§


 


§


No. 08-08-00094-CV



An Original Proceeding 


in Mandamus





MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator, Marilyn J. McDowell, asks this Court to issue a writ of mandamus against the
Honorable Eduardo A. Gamboa, Judge of the Probate Court No. 2 of El Paso County in
connection with a contempt order. Mandamus will lie only to correct a clear abuse of discretion. 
Walker v. Packer, 827 S.W.2d 833, 840 (Tex. 1992)(orig. proceeding). Moreover, there must be
no other adequate remedy at law. Id. Contempt orders are not appealable. Ex parte Rose, 704
S.W.2d 751, 752 n.1 (Tex.Crim.App. 1984). Further, contempt orders that do not involve
confinement cannot be reviewed by writ of habeas corpus, and the only possible relief is a writ of
mandamus. In re Long, 984 S.W.2d 623, 625 (Tex. 1999). Based on the record before us, we
are unable to conclude that Relator is entitled to mandamus relief. Accordingly, we deny the
petition for writ of mandamus. See Tex.R.App.P. 52.8(a).


June 5, 2008

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., Carr, J., and Gomez, Judge

Gomez, Judge (Sitting by Assignment)